UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TINA PITTS, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CV-038 RM |
| ) | |
| ELKHART COUNTY SHERIFF'S ) | |
| DEPARTMENT AND THE CITY ) | |
| OF GOSHEN, ) | |
| ) | |
| Defendants ) | |

<u>OPINION AND ORDER</u>

On March 16, defendant Elkhart County Sheriff's Department filed a motion to dismiss Ms. Tina Pitts' complaint for failing to state a claim upon which relief can be granted. On April 4, Ms. Pitts filed an amended complaint changing the named defendant and adding certain rhetorical factual paragraphs. As the amended complaint affects the defendant's motion to dismiss the first complaint, the court hereby DENIES it as moot [Doc. No.13] with leave to re-file within the time period prescribed in FED. R. CIV. P. 15(a).

SO ORDERED.

ENTERED: <u>May 9, 2005</u>

<u>/s/ Robert L. Miller, Jr.</u>
Chief Judge
United States District Court